**Form 213**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Larina Wright**
   Debtor(s)

Bankruptcy Case No.: 16–22935–GLT
Related to Docket No. 35
Chapter: 13
Docket No.: 36 – 35
Concil. Conf.: January 24, 2019 at 10:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **November 26, 2018,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **December 10, 2018,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **January 24, 2019** at **10:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: October 10, 2018

cm: All Creditors and Parties In Interest

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

### INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 16-22935-GLT
Larina Wright                                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: hthu              Page 1 of 2              Date Rcvd: Oct 10, 2018
                              Form ID: 213            Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2018.
```
db             +Larina Wright,    102 McQuay Road,    Waynesburg, PA 15370-2504
14287639       +Comcast,    Po Box 3001,    Southeastern, PA 19398-3001
14271848       +Debt Collections Partn,    1109 Van Voorhis Rd Ste,    Morgantown, WV 26505-0644
14271849       +Fed Loan Serv,    Pob 60610,    Harrisburg, PA 17106-0610
14271850       +KML Law Group,    701 Market St Ste 5000,    Philadelphia, PA 19106-1541
14287644      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage,    350 Highland Dr,   Lewisville, TX 75067)
14275913       +Nationstar Mortgage, LLC,    c/o ALDRIDGE PITE, LLP,    4375 Jutland Drive, Suite 200,
                 P.O. Box 17933,    San Diego, CA 92177-7921
14293013       +The Bank of New York Mellon,    Nationstar Mortgage LLC,    PO Box 619096,   Dallas TX 75261-9096
14349504        US Department of Education,    P O Box 16448,    St Paul, MN 55116-0448
14271853       +Us Dep Ed,    Po Box 5609,    Greenville, TX 75403-5609
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 11 2018 03:25:31
                 Capital One Auto Finance c/o Ascension Capital Gro,    P.O. Box 201347,
                 Arlington, TX 76006-1347
14342001       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 11 2018 03:25:31     AIS Portfolio Services,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14287638       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Oct 11 2018 03:25:58
                 Capital One Auto Finance,    3901 Dallas Pkwy,    Plano, TX 75093-7864
14271847       +E-mail/Text: ccusa@ccuhome.com Oct 11 2018 03:19:28     Cr Coll/usa,    16 Distributor Dr Ste 1,
                 Morgantown, WV 26501-7209
14271852       +E-mail/Text: bankruptcy@sw-credit.com Oct 11 2018 03:20:35     Southwest Credit Syste,
                 4120 International,    Carrollton, TX 75007-1958
14271854        E-mail/Text: bankruptcy@firstenergycorp.com Oct 11 2018 03:20:41     West Penn Power,
                 P.O. Box 3687,    Akron, OH 44309-3687
14296895       +E-mail/Text: bankruptcy@firstenergycorp.com Oct 11 2018 03:20:41     West Penn Power,
                 5001 NASA Blvd,    Fairmont WV 26554-8248
                                                                                               TOTAL: 7
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              The Bank of New York Mellon as Indenture Trustee f
cr*            +Nationstar Mortgage, LLC,    c/o ALDRIDGE PITE, LLP,    4375 Jutland Drive, Suite 200,
                 P.O. Box 17933,    San Diego, CA 92177-7921
14287640*      +Cr Coll/usa,    16 Distributor Dr Ste 1,    Morgantown, WV 26501-7209
14287641*      +Debt Collections Partn,    1109 Van Voorhis Rd Ste,    Morgantown, WV 26505-0644
14287642*      +Fed Loan Serv,    Pob 60610,    Harrisburg, PA 17106-0610
14287643*      +KML Law Group,    701 Market St Ste 5000,    Philadelphia, PA 19106-1541
14271851*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage Ll,    350 Highland Dr,   Lewisville, TX 75067)
14287645*      +Southwest Credit Syste,    4120 International,    Carrollton, TX 75007-1958
14287646*      +Us Dep Ed,    Po Box 5609,    Greenville, TX 75403-5609
14287647*       West Penn Power,    P.O. Box 3687,    Akron, OH 44309-3687
                                                                                   TOTALS: 1, * 9, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-2          User: hthu              Page 2 of 2              Date Rcvd: Oct 10, 2018
                              Form ID: 213            Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2018 at the address(es) listed below:

        Matthew John McClelland   on behalf of Creditor   The Bank of New York Mellon as Indenture Trustee for Nationstar Home Equity Loan Trust 2009-A bkgroup@kmllawgroup.com
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
        Paul W. McElrath, Jr.   on behalf of Debtor Larina  Wright ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
        Sindi  Mncina   on behalf of Creditor   The Bank of New York Mellon as Indenture Trustee for Nationstar Home Equity Loan Trust 2009-A smncina@rascrane.com

                                                                                                              TOTAL: 5