Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Larina Wright** | : | Case No. 16−22935−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Related to Docket No. 47 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this **The 30th of December, 2019,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)    The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2)    Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)    The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)    The Clerk shall give notice to all creditors of this dismissal.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-22935-GLT
Larina Wright                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dbas                  Page 1 of 2               Date Rcvd: Dec 30, 2019
                              Form ID: 309                Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 01, 2020.
db             +Larina Wright,    102 McQuay Road,    Waynesburg, PA 15370-2504
14271848       +Debt Collections Partn,    1109 Van Voorhis Rd Ste,    Morgantown, WV 26505-0644
14271849       +Fed Loan Serv,    Pob 60610,    Harrisburg, PA 17106-0610
14271850       +KML Law Group,    701 Market St Ste 5000,    Philadelphia, PA 19106-1541
15152934        Morgan Stanley Mortgage Capital Holdings LLC,    P.O. Box 10826,    Greenville, SC  29603-0826
14287644       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:   Nationstar Mortgage,    350 Highland Dr,    Lewisville, TX 75067)
14275913       +Nationstar Mortgage, LLC,    c/o ALDRIDGE PITE, LLP,    4375 Jutland Drive, Suite 200,
                 P.O. Box 17933,    San Diego, CA 92177-7921
14293013       +The Bank of New York Mellon,    Nationstar Mortgage LLC,    PO Box 619096,    Dallas TX 75261-9096
14271853       +Us Dep Ed,    Po Box 5609,    Greenville, TX 75403-5609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +EDI: AISACG.COM Dec 31 2019 07:08:00     Capital One Auto Finance c/o Ascension Capital Gro,
                 P.O. Box 201347,    Arlington, TX 76006-1347
14342001       +EDI: AISACG.COM Dec 31 2019 07:08:00     AIS Portfolio Services,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14287638       +EDI: CAPONEAUTO.COM Dec 31 2019 07:08:00     Capital One Auto Finance,    3901 Dallas Pkwy,
                 Plano, TX 75093-7864
14287639       +EDI: COMCASTCBLCENT Dec 31 2019 07:08:00     Comcast,    Po Box 3001,
                 Southeastern, PA 19398-3001
14271847       +EDI: CCUSA.COM Dec 31 2019 07:08:00     Cr Coll/usa,    16 Distributor Dr Ste 1,
                 Morgantown, WV 26501-7209
14271852       +EDI: SWCR.COM Dec 31 2019 07:08:00     Southwest Credit Syste,    4120 International,
                 Carrollton, TX 75007-1958
14349504        EDI: ECMC.COM Dec 31 2019 07:08:00     US Department of Education,    P O Box 16448,
                 St Paul, MN 55116-0448
14271854        E-mail/Text: bankruptcy@firstenergycorp.com Dec 31 2019 02:17:48     West Penn Power,
                 P.O. Box 3687,    Akron, OH 44309-3687
14296895       +E-mail/Text: bankruptcy@firstenergycorp.com Dec 31 2019 02:17:47     West Penn Power,
                 5001 NASA Blvd,    Fairmont WV 26554-8248
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              The Bank of New York Mellon as Indenture Trustee f
cr*             Morgan Stanley Mortgage Capital Holdings LLC,    P.O. Box 10826,    Greenville, SC  29603-0826
cr*            +Nationstar Mortgage, LLC,    c/o ALDRIDGE PITE, LLP,    4375 Jutland Drive, Suite 200,
                 P.O. Box 17933,    San Diego, CA 92177-7921
14287640*      +Cr Coll/usa,    16 Distributor Dr Ste 1,    Morgantown, WV 26501-7209
14287641*      +Debt Collections Partn,    1109 Van Voorhis Rd Ste,    Morgantown, WV 26505-0644
14287642*      +Fed Loan Serv,    Pob 60610,    Harrisburg, PA 17106-0610
14287643*      +KML Law Group,    701 Market St Ste 5000,    Philadelphia, PA 19106-1541
14271851*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:   Nationstar Mortgage Ll,    350 Highland Dr,    Lewisville, TX 75067)
14287645*      +Southwest Credit Syste,    4120 International,    Carrollton, TX 75007-1958
14287646*      +Us Dep Ed,    Po Box 5609,    Greenville, TX 75403-5609
14287647*       West Penn Power,    P.O. Box 3687,    Akron, OH 44309-3687
                                                                                   TOTALS: 1, * 10, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2020                                        Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: dbas              Page 2 of 2              Date Rcvd: Dec 30, 2019
                              Form ID: 309            Total Noticed: 18
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 30, 2019 at the address(es) listed below:
              Matthew John McClelland    on behalf of Creditor    The Bank of New York Mellon as Indenture
               Trustee for Nationstar Home Equity Loan Trust 2009-A bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Larina   Wright ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              Sindi   Mncina    on behalf of Creditor    The Bank of New York Mellon as Indenture Trustee for
               Nationstar Home Equity Loan Trust 2009-A smncina@rascrane.com
                                                                                             TOTAL: 5
```