**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

LARINA WRIGHT

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Respondents.

Case No.:16-22935 GLT

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/09/2016 and confirmed on 10/24/2016. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 19,020.36 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 19,015.36 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,300.00 | |
|   Trustee Fee | 848.59 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,148.59 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| MORGAN STANLEY MORTGAGE CAPITAL I<br>Acct: 7934 | 0.00 | 13,209.47 | 0.00 | 13,209.47 |
| MORGAN STANLEY MORTGAGE CAPITAL I<br>Acct: 7934 | 7,566.55 | 1,657.30 | 0.00 | 1,657.30 |
| CAPITAL ONE AUTO FINANCE**<br>Acct: 3101 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 14,866.77 |
| **Priority** | | | | |
| PAUL W MCELRATH JR ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| LARINA WRIGHT<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| LARINA WRIGHT<br>Acct: | 5.00 | 5.00 | 0.00 | 0.00 |
| PAUL W MCELRATH JR ESQ<br>Acct: | 3,300.00 | 3,300.00 | 0.00 | 0.00 |
| PAUL W MCELRATH JR ESQ<br>Acct: | 750.00 | 0.00 | 0.00 | 0.00 |

| 16-22935 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 2 |
|---|---|---|---|---|---|
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| | | ***NONE*** | | | |
| Unsecured | | | | | |
| | CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1201 | | | | |
| | DEBT COLLECTION PARTNER | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 89X1 | | | | |
| | FEDERAL LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0002 | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SOUTHWEST CREDIT SYSTEMS* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0084 | | | | |
| | US DEPARTMENT OF EDUCATION** | 1,780.90 | 0.00 | 0.00 | 0.00 |
| | Acct: 5795 | | | | |
| | WEST PENN POWER* | 4,396.06 | 0.00 | 0.00 | 0.00 |
| | Acct: 8768 | | | | |
| | AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ALDRIDGE PITE LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | COMCAST++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | ***NONE*** | | | |

| TOTAL PAID TO CREDITORS | | 14,866.77 |
|---|---|---|

TOTAL CLAIMED
PRIORITY        0.00
SECURED     7,566.55
UNSECURED   6.176.96

Date: 02/12/2020

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com