**SCAN FORM AND ATTACHMENTS**

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

# INTO REGISTRY ACCOUNT

**TO:**   1.  *Intake Clerk* *

   2.  *Case Administrator*

**FROM:**   *Financial Administrator*

**DATE:**   06/09/2020

**CASE NAME:**   Wright

**CASE NUMBER:**   16-22935-GLT

**Check Number** 1159584 **in the amount of $** 5.00 **was received this date and placed in an existing registry account of unclaimed funds.**

**Receipt Number:**   16947          **Intake Clerk's Initials**   cu

*   AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE <u>FORWARD</u> <u>TO</u> THE APPROPRIATE <u>CASE ADMINISTRATOR</u>.

*#4b-F*

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA
## U.S. STEEL TOWER - SUITE 3250
## 600 GRANT STREET
## PITTSBURGH, PA 15219
## TELEPHONE: (412) 471-5566
## FAX: (412) 471-5470
## Email - inquiries@chapter13trusteewdpa.com

**RONDA J. WINNECOUR**
**STANDING TRUSTEE**
06/03/2020

| | | |
|---|---|---|
| Michael R. Rhodes, Esquire | OR | Michael R. Rhodes, Esquire |
| Clerk, US Bankruptcy Court | | Clerk, US Bankruptcy Court |
| 5414 U.S. Steel Tower | | U.S. Courthouse, Room B160 |
| 600 Grant Street | | 17 South Park Row |
| PIttsburgh, PA 15219 | | Erie, PA 16501 |

Re: LARINA WRIGHT

Case No: 1622935

Dear Mr. Rhodes:

I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above.
These funds are owned by the following debtor(s). The Trustee issued funds as a refund to the debtor(s), in accordance with the Chapter 13 plan. The address shown is based on the Trustee's best and most recent information.

Larina Wright
102 Mcquay Road
Waynesburg, PA 15370

CHECK NUMBER <u>1159584</u>     AMOUNT <u>$5.00</u>

The disbursement(s) was returned to the Trustee for the following reason:

The check became stale dated, not having been negotiated within 90 days of the issue.

Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

/s/ Susan Legler
Administrative Assistant
for Ronda J. Winnecour, Esq.
Chapter 13 Trustee

CC: PAUL W MCELRATH JR ESQ
LARINA WRIGHT